cordingly, the Commonwealth Court's order is affirmed.

In re NOMINATION PETITION OF William I. GABIG, (Republican) Candidate for Representative in the General Assembly from the 199th Legislative District.

**Appeal of: William I. Gabig.**

Supreme Court of Pennsylvania.

Submitted March 30, 2004.

Decided April 7, 2004.

Richard P. Limburg, Esq., Dorothy M. Claeys, Esq., Lawrence J. Tabas, Esq., for William I. Gabig.

Courtney Lorraine Kishel, Esq., John Joseph Connelly, Jr., Esq., for Anthony Spinelli.

Vincent J. Dopko, Esq., for State Ethics Commission.

Larry Boyle, Esq., for Bureau of Elections.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, and BAER, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2004, the Order of the Commonwealth Court dated March 23, 2004 is **REVERSED** and Appellant, William I. Gabig's name **SHALL BE PRINTED ON THE BALLOT.** *See In re Nomination Petition of Kerry Benninghoff,* J–112–2004, 41 MAP 2004, 2004 WL 743843 (April 7, 2004).

The Emergency Motion for Expedited Consideration filed in this matter is **DISMISSED AS MOOT.**

**Cassius M. CLAY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

April 15, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.

ted to recirculate his nomination petition to those electors who signed it, we need not consider if that remedy which Candidate suggested below, is proper. We would note our agreement with the sentiments of the Commonwealth Court below, however, that such a remedy could lead to due process and equal protection problems.